UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
TONIMARIE RHONE, on behalf of herself
and all others similarly situated,

                    Plaintiff,

vs.

VIVIANO CONSULTING SERVICES, Inc.

                    Defendant.
------------------------------------------------------x

Case No. 7:22-cv-08668-NSR

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE WITHOUT COSTS**

      IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff TONIMARIE RHONE ("Plaintiff") and VIVIANO CONSULTING SERVICES, Inc, ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: April 29, 2025

The Law Office of Noor A. Saab

By: *Noor A Saab*
*Noor A. Saab, Esq.*
*Attorney for the Plaintiff*
380 North Broadway, Penthouse West
Jericho, New York 11753
Tel: 718-740-5060
Email: noorasaablaw@gmail.com

By: *[signature]*
Frank P. Viviano / VIVIANO CONSULTING Services, In
*Defendant*
3703 Indian Road
Ottawa Hills, Lucas OH 43606
T: 419-467-4964
E: frank@bviviano.com

SO ORDERED:

Dated: _____, 2025

_____
United States District Judge

1